FILED
At Albuquerque NM
JUL 25 2007
MATTHEW J. DYKMAN
CLERK

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**BENJAMIN YOUNGBEAR,**<br><br>Defendants. | CRIMINAL NO. 07-1560 JB<br><br>18 U.S.C. § 1153: Crime in Indian Country; 18 U.S.C. § 113(a)(6): Assault Resulting in Serious Bodily Injury.<br><br>18 U.S.C. § 1153: Crime in Indian Country; 18 U.S.C. § 113(a)(3); Assault with a Dangerous Weapon. |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about June 19, 2007, within the exterior boundaries of the Ohkay Owingeh Indian Reservation, in Indian Country, in the County of Rio Arriba, State and District of New Mexico, the defendant, **BENJAMIN YOUNGBEAR**, an Indian, did assault Yvette Youngbear, such assault resulting in serious bodily injury.

In violation of 18,U.S.C. §§ 1153, 113(a)(6).

### COUNT 2

On or about June 19, 2007, within the exterior boundaries of the Ohkay Owingeh Indian Reservation, in Indian Country, in the County of Rio Arriba, State and District of New Mexico, the defendant, **BENJAMIN YOUNGBEAR**, an Indian, did unlawfully and knowingly assault Yvette Youngbear, with a deadly weapon: a broken

glass bottle, with intent to do bodily harm.

In violation of 18,U.S.C. §§ 1153, 113(a)(3).

A TRUE BILL:

\s\
FOREPERSON OF THE GRAND JURY

LARRY GOMEZ
Acting United States Attorney

07/23/07 8:43am