# SENTENCING PROCEEDINGS BEFORE JUDGE BROWNING
## ON VIOLATION OF SUPERVISED RELEASE

*United States vs. Benjamin Youngbear*      No. CR 07-1560 JB

Date: January 12, 2009    Court Reporter: Danna Everett    Clerk: K'Aun Sanchez
Court in session: 9:37 a.m.    Court in recess: 10:11 a.m.
Counsel for the Government: Glynette Carson, AUSA for Presiliano Torres    Defendant: Present
Counsel for the Defendant: Michael Keefe    _X_ Appointed __ Retained
Interpreter: N/A    __ Official ___ Sworn
Probation officer(s) present: Chris Aguilar
__ Albuquerque    __ Las Cruces    _X_ Santa Fe    __ Roswell    __ Bench Warrant Ordered

## SENTENCE IMPOSED

Defendant convicted based on findings of Court on January 12, 2009 to Violation of Supervised Release.

Imprisonment: BOP: __7__ months

Comments: Govt. outlines basis for charges and explains same to Defendant - Defendant represents he understands the charges. Court asks Govt. if violation would make revocation mandatory? Govt. represents does and upon Court's inquiry states maximum possible penalty. Defense counsel represents Defendant will admit to violation. Defendant sworn; Court conducts plea colloquy; Deft. admits to violation as contained in the petition and defense counsel concurs in the guilty plea. Defendant and defense counsel acknowledge Govt.'s case could be proven by hearing, but requests other alternatives besides revoking supervision be considered. Court concludes that the Defendant has voluntarily, knowingly, intelligently and understandingly admitted to violations, accepts guilty plea and finds Deft. has violated the terms of supervision. Defense counsel addresses Court. Defendant allocutes. Govt. opposes electronic monitoring and requests maximum sentence of 1 year. Court confers with USPO off record. Court imposes sentence. Defense counsel requests RCC; USPO indicates is not appropriate facility; Court will not include recommendation for same.

Supervised Release: __None imposed__      Probation: ___ years, ___ months

SPECIAL CONDITIONS:
__ Possess no firearms, weapons, or explosives      __ Participate in drug/alcohol program
__ Submit to DNA collection
__ Other conditions:

__ Voluntary Surrender      _X_ Held in Custody      _X_ Advised of Appeal Rights

__ Released on Appeal Bond      __ Confinement at Institution Nearest Residence Consistent With Sentence Imposed

Comments: